In the Matter of the Judicial Settlement of the Account of Proceedings of JAMES L. STONER, HUME L. BROWN and GUARANTY TRUST COMPANY OF NEW YORK, as Executors, etc., of JOHN THOMAS WELSH (Also Known as JACK T. WELSH),

Deceased, Respondents. JAMES L. STONER and HUME L. BROWN, Individually and Not as Executors, and MARY WELSH, Also Known as MARY BORGIA, Appellants; JULIA R. WELSH, JOSEPHINE GERLING, FRANK MAGUIRE and LESTER H. CROWTHER, as Ancillary Administrator, etc., of FRANK L. WEAVER, Deceased, CATHERINE L. BEITZELL, EARL F. BEITZELL, EUGENIA L. BROWNING, HORTENSE LEGG, ROBERT S. WEAVER, and LAURA T. HYSON, Beneficiary-Respondents.— In an accounting proceeding involving the construction of certain portions of the testator's will, decree of the Surrogate's Court of Queens county, so far as appealed from, affirmed, with costs, payable out of the estate, to each party appearing and filing briefs. No opinion. Young, Carswell and Johnston, JJ., concur; Lazansky, P. J., and Hagarty J., dissent in so far as it is determined that Mary Welsh has no power of appointment under paragraph third of the will, being of the opinion that she has such power of appointment; otherwise, concur.